

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   12–21099 – NVA   Chapter:   13

Donald W. Wagner Jr.
703 Young Way
Westminster, MD 21158

## ORDER UPON REQUEST TO MODIFY
## CHAPTER 13 PLAN AFTER CONFIRMATION

TO: the party requesting modification of the Plan:

You have filed a request to modify the Chapter 13 Plan that has been confirmed in the instant case. Therefore, pursuant to Federal Bankruptcy Rule 3015(g), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that within seven (7) days after this Order is entered, you shall give Notice by first–class mail that a proposed Plan modification has been filed, that there is a right to object to the requested modification within thirty (30) days after the date of the Notice, and that in the event an objection is filed, a hearing will be held on **5/7/2013**, at **3:15 PM**, in Courtroom **2–A**,

U.S. Courthouse
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

The Notice shall be given to the Debtor(s), the Trustee and all creditors who have filed claims, and a copy of the proposed modification or a summary thereof shall be sent with the Notice; and it is further

ORDERED, that within fourteen (14) days you shall file a certificate that the Notice and proposed modification were mailed in accordance with the preceding ORDERED paragraph.

cc:   Party Requesting Modification –Debtor

**End of Order**

**8.3 –** *cadams*